United States District Court
Southern District of Texas
**ENTERED**
August 13, 2024
Nathan Ochsner, Clerk

FILED
AUG 12 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIOGU KALU DIOGU II, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAVID R. JONES, in his official and individual capacity; THE HONORABLE EDUARDO V. RODRIGUEZ, in his official capacity, as the Chief Judge of the United States Bankruptcy Court for the Southern District of Texas, Houston Division; THOMAS MICHAEL O'CONNOR, in his official capacity, as the Commandant, U.S. Marshal, Southern District of Texas,<br><br>Defendants. | Civil Action No.<br>4:23-CV-03959-AM |

## ORDER

**IT IS ORDERED** that the Defendant David R. Jones's motion to dismiss [ECF No. 22] be **GRANTED** because the Plaintiff's case, including his requested relief, is effectively an improper collateral attack on a pending bankruptcy matter. *Lakeland W. Cap. 41, LLC v. Diogu*, No. 22-3164 (Bankr. S.D. Tex.) (bankruptcy matter); *Diogu v. Lakeland W. Cap. 41, LLC*, 4:23-cv-3709 (S.D. Tex.) (appeal of bankruptcy matter).

**IT IS ORDERED** that to the extent the Plaintiff Diogu Kalu Diogu II moved for a preliminary injunction through the First Amended Complaint [ECF No. 9], that motion be **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of the Court administratively close this case.

SIGNED and ENTERED on this 12th day of August, 2024.

_____
ALIA MOSES
Chief United States District Judge